IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Muhammad, Lee M

Printed: 03/03/09

Case Number:  08 B 04007
Judge: Squires, John H
Filed:  2/21/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: January 21, 2009
Confirmed:  April 30, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 833.00 |  |
| Secured: |  | 43.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 735.85 |
| Trustee Fee: |  | 54.15 |
| Other Funds: |  | 0.00 |
| Totals: | 833.00 | 833.00 |

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 1. Robert J Semrad & Associates | Administrative | 3,493.00 | 735.85 |
| 2. Americredit Financial Ser Inc | Secured | 0.00 | 0.00 |
| 3. Monterey Collection Service | Secured | 383.97 | 43.00 |
| 4. Asset Acceptance | Unsecured | 158.70 | 0.00 |
| 5. Asset Acceptance | Unsecured | 519.93 | 0.00 |
| 6. Jefferson Capital Systems LLC | Unsecured | 144.10 | 0.00 |
| 7. RMI/MCSI | Unsecured | 3,577.50 | 0.00 |
| 8. Village of Evergreen Park | Unsecured | 132.50 | 0.00 |
| 9. RJM Acquisitions LLC | Unsecured | 69.86 | 0.00 |
| 10. OSI Collection Svc Inc | Unsecured |  | No Claim Filed |
| 11. Allied Interstate | Unsecured |  | No Claim Filed |
| 12. Illinois Collection Service | Unsecured |  | No Claim Filed |
| 13. Illinois Collection Service | Unsecured |  | No Claim Filed |
| 14. Illinois Collection Service | Unsecured |  | No Claim Filed |
| 15. Illinois Collection Service | Unsecured |  | No Claim Filed |
| 16. Illinois Collection Service | Unsecured |  | No Claim Filed |
| 17. Illinois Collection Service | Unsecured |  | No Claim Filed |
| 18. NCO Financial Systems | Unsecured |  | No Claim Filed |
| 19. NCO Financial Systems | Unsecured |  | No Claim Filed |
| 20. Medical Collections | Unsecured |  | No Claim Filed |
| 21. Allied Interstate | Unsecured |  | No Claim Filed |
| 22. Trojan Professional | Unsecured |  | No Claim Filed |
| 23. University Of Phoenix | Unsecured |  | No Claim Filed |
|  |  | $ 8,479.56 | $ 778.85 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Muhammad, Lee M | Case Number: 08 B 04007 |
| | Judge: Squires, John H |
| Printed: 03/03/09 | Filed: 2/21/08 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 54.15 |
| | $ 54.15 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*